**FILED**

**FEB 2 6 2014**

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| CARLOS ISAAC TOSEAFA, | : | |
| | : | |
| Plaintiff, | : | Civil Action No.:   13-1724 (RC) |
| | : | |
| v. | : | Re Document No.:   14 |
| | : | |
| REGAL LIMOUSINE OF WASHINGTON, DC, INC., *et al.* | : | |
| | : | |
| Defendants. | : | |

# ORDER

### DISMISSING CASE

Upon consideration of Plaintiff's stipulation of dismissal, ECF No. 14, it is hereby

**ORDERED** that Plaintiff's complaint is **DISMISSED WITH PREJUDICE** pursuant to Federal Rule of Civil Procedure 41(a)(2).

**SO ORDERED.**

Dated:  Feb. 26/2014

RUDOLPH CONTRERAS
United States District Judge